211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 10−76210−mbm
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Charles M. Ahronheim
    1410 Greenwood
    Jackson, MI 49203

Social Security No.:
   xxx−xx−2366

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C
- ☑ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☐ Declaration of Penalty of Perjury
- ☑ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☑ Chapter 13 Plan
- ☐ Tax ID
- ☐ Application to Pay the Filing Fee in Installments
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Summary of Schedules
- ☑ Schedules A–J
- ☐ Schedule A

- ☐ Schedule B
- Schedule C:
- ☐ Debtor
- ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **12/15/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 12/2/10

BY THE COURT


Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: wrena              Page 1 of 1             Date Rcvd: Dec 02, 2010
Case: 10-76210                Form ID: defch13         Total Noticed: 10

The following entities were noticed by first class mail on Dec 04, 2010.
db           +Charles M. Ahronheim,   1410 Greenwood,   Jackson, MI 49203-4046
19519086      Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
19519087      Bank of America Home Loan,   P.O. Box 5170,   Simi Valley, CA 93062-5170
19519088      Bank of America Home Loans,   BAC Home Loans, Servicing LP,   CA6-919-01-41,   P.O. Box 5170,
               Simi Valley, CA 93062-5170
19519089      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19519090     +Citizens Bank,   328 S. Saginaw St,   Flint, MI 48502-1940
19519091     +Consumers Energy,   P.O. Box 30162,   Lansing, MI 48909-7662
19519092     +Dale Kaywood,   1410 Greenwood,   Jackson, MI 49203-4046
19519093     +Trott & Trott,   31440 Northwestern Highway Suite 200,   Farmington, MI 48334-5422
19519094    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,   P.O. Box 6352,   Fargo, ND 58125-6352)

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2010**                    **Signature:** _Joseph Speetjens_