**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

Charles Ahronheim

Case No. 10-76210-mbm
Chapter 13
Hon. McIvor

Debtor(s)

## STATEMENT REGARDING OWNERSHIP OF CITIZENS BANK

( ) The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:
Address:

Name:
Address:

Name:
Address:

(For additional names, attach an addendum to this form)

(X) There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

(X) Creditor

( ) Plaintiff

( ) Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

3-9-11

_____
Signature of Authorized Individual

Kathy Hubbard
Print Name

Corporate Bankruptcy Asst.
Title